IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL ACTION |
| v. | ) | No. 10-20062-01-KHV |
| ALEJANDRO RAY WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on defendant's <u>Motion And Request For Counsel To File For A Reduction Of Sentence</u> (Doc. #86) filed February 11, 2019. Defendant asks the Court to appoint counsel to help him file a motion to reduce his sentence under the First Step Act of 2018, Pub. Law 115-391 (S. 756), 132 Stat. 5194 (enacted Dec. 21, 2018). On January 2, 2019, the Honorable Julie A. Robinson of the District of Kansas appointed the Office of the Federal Public Defender to represent any indigent defendant who was previously convicted and sentenced in the District of Kansas to determine whether that defendant may qualify for relief under Section 404 of the First Step Act of 2018, and if so, to assist the defendant in obtaining such relief. At this stage, the Court overrules defendant's request for counsel as moot. If the Office of the Federal Public Defender declines to seek relief on defendant's behalf, it shall notify defendant. The Clerk is directed to forward a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED**.

Dated this 19th day of February, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge